GARY M. RESTAINO
United States Attorney
District of Arizona
Arturo A. Aguilar
Assistant U.S. Attorney
Arizona State Bar No. 018963
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: arturo.aguilar@usdoj.gov
Attorneys for Plaintiff

FILED

2022 FEB 23  PH 2: 11

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR22-00176 TUC-RM(EJM)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Ronald Ray Vindiola,

Defendant.

I N D I C T M E N T

Violations:

18 U.S.C. § 545
(Smuggling goods into the United States)
Counts 1 and 8

18 U.S.C. §§ 922(o) and 924(a)(2)
(Possession of Machineguns)
Counts 2 and 5

26 U.S.C. §§ 5841, 5845(a)(6), (a)(7),
(a)(8), (b), & (f), 5861(d), and 5871
(Possession of Unregistered Firearms)
Counts 3 and 6

26 U.S.C. §§ 5841, 5845(a)(6), (a)(7),
(a)(8), (b), & (f), 5861(e), and 5871
(Transfer of Unregistered Firearms)
Counts 4 and 7

18 U.S.C. §§ 922(a)(1)(A), 923(a), and
924(a)(1)(D)
(Engaging in the business of dealing
firearms)
Count 9

**THE GRAND JURY CHARGES:**

## COUNT 1

On about December 2, 2018, up to February 21, 2019, in the District of Arizona, RONALD RAY VINDIOLA, willfully and knowingly and with intent to defraud the United States, did smuggle and clandestinely introduce into the United States merchandise which should have been invoiced, that is, one (1) Glock conversion device, of an approximate value of $19.99; in violation of Title 18, United States Code, Section 545.

## COUNT 2

On about February 21, 2019, in the District of Arizona, RONALD RAY VINDIOLA, did knowingly possess a machinegun; that is, one Glock 19, serial number #KKT085, 9MM caliber pistol, with one attached Glock conversion device machinegun; in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 3

On about February 21, 2019, in the District of Arizona, RONALD RAY VINDIOLA, knowingly possessed a firearm as defined in Title 26, United States Code, Section 5845; that is: one Glock 19, serial number #KKT085, 9 MM caliber pistol, with one attached Glock conversion device machinegun, not registered to VINDIOLA in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT 4

On about February 21, 2019, in the District of Arizona, RONALD RAY VINDIOLA, knowingly transferred a firearm as defined in Title 26, United States Code, Section 5845; that is one Glock 19, serial number #KKT085, 9 MM caliber pistol, with one attached Glock conversion device machinegun, not registered to VINDIOLA in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(e), and 5871.

*United States of America v. Ronald Ray Vindiola*
*Indictment Page 2 of 4*

## COUNT 5

On about February 22, 2019, in the District of Arizona, RONALD RAY VINDIOLA, did knowingly possess a machinegun; that is, one Glock conversion device machinegun; in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 6

On about February 22, 2019, in the District of Arizona, RONALD RAY VINDIOLA, did knowingly possess a firearm as defined in Title 26, United States Code, Section 5845; that is: one Glock conversion device machinegun, not registered to VINDIOLA in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT 7

On about February 22, 2019, in the District of Arizona, RONALD RAY VINDIOLA, knowingly transferred a firearm as defined in Title 26, United States Code, Section 5845; that is one Glock conversion device machinegun, not registered to VINDIOLA in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(e), and 5871.

## COUNT 8

On about February 22, 2019, up to March 10, 2019, in the District of Arizona, RONALD RAY VINDIOLA, willfully and knowingly and with intent to defraud the United States, did smuggle and clandestinely introduce into the United States merchandise which should have been invoiced, that is, three (3) Glock conversion devices, of an approximate value of $59.99; in violation of Title 18, United States Code, Section 545.

//

*United States of America v. Ronald Ray Vindiola*
*Indictment Page 3 of 4*

## COUNT 9

On about February 21, 2019, up to February 22, 2019, in the District of Arizona, RONALD RAY VINDIOLA, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; in violation of Title 18, Unites States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: February 23, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

/S/

ARTURO A. AGUILAR
Assistant U.S. Attorney

**REDACTED FOR
PUBLIC DISCLOSURE**